# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148774

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                            SC: 148774
                                            COA: 319525
                                            Wayne CC: 12-006937-FC

WALTER DEWAYNE FOLDS,
      Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the January 3, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



h0616

                                             Clerk